No. 680. DOUGHERTY *v.* UNITED STATES; No. 681. FARRAHER *v.*

Decisions announced without Opinions.

UNITED STATES, and No. 682. LAVIN v. UNITED STATES. Third Circuit. Denied May 28, 1901. *Mr. Francis B. Bracken* for petitioners. *Mr. Attorney General* and *Mr. Assistant Attorney General Beck* opposing.

---

